UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| STOHNE RENTALS, LLC | ) | CASE NO:   14-09021 JMC 11 |
| | ) | |
| Debtor. | ) | |

## **UNITED STATES TRUSTEE'S MOTION TO DISMISS CASE**

Nancy J. Gargula, United States Trustee, by Trial Attorney Joseph F. McGonigal, respectfully request this Court to dismiss this case.  In support of such request, the U.S. Trustee states:

1. Stohne Rentals, LLC ("Debtor") filed its Chapter 11 case on September 29, 2014.

2.  On October 14, 2014, the U.S. Trustee conducted an Initial Debtor Conference with Debtor and its counsel, in which Debtor was made aware of its duty to timely file monthly operating reports, and pay the statutory U.S. Trustee quarterly fee.

### **Failure to File Monthly Reports**

3.  Pursuant to 11 U.S.C. §1107(a), incorporating by reference 11 U.S.C. §§1106(a)(1) and 704(a)(8), a Chapter 11 debtor is required to file monthly operating reports prior to confirmation.

4.  Debtor has failed to file a monthly operating report since March 2015.

5.  Pursuant to 11 U.S.C. §1112(b)(4)(F), an unexcused failure to timely file "any filing or reporting requirement " constitutes "cause" for dismissal or conversion.

6.  The Debtor's failure to timely file monthly operating reports constitutes cause for dismissal of the case.

**Failure to Pay Fees to the United States Trustee**

7. Pursuant to 28 U.S.C. § 1930(a)(6), a debtor is required to pay a quarterly fee to the United States Trustee "until the case is converted or dismissed, whichever occurs first".

8. Debtor has failed to pay the statutory quarterly fee for the second quarter of 2015. The actual amount due for this quarter is unknown due to Debtor's failure to file operating reports.

9. Pursuant to 11 U.S.C. § 1112(b)(4)(K), failure to pay any fees or charges required under chapter 123 of title 28 constitutes "cause" for dismissal or conversion.

10. The Debtor's failure to timely pay fees owed to the United States Trustee constitutes cause for dismissal or conversion of the case.

**WHEREFORE**, the United States Trustee requests that this Court grant this Motion to Dismiss and such other relief as is just and proper.

    Respectfully submitted,

    NANCY J. GARGULA
    UNITED STATES TRUSTEE

    /s/ Joseph F. McGonigal
    Joseph F. McGonigal
    OFFICE OF UNITED STATES TRUSTEE
    101 W. Ohio Street, Suite 1000
    Indianapolis, IN 46204
    317-226-6101
    317-226-6356 (fax)
    Joe.McGonigal@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing UNITED STATES TRUSTEE'S MOTION TO DISMISS CASE has been served electronically on the following parties via the Court's ECF system this 22nd day of July, 2015:

Eric Redman				eredman@redmanludwig.com

Stephen Paul Drobny			sdrobny@joneswalker.com

Nathan Danielson			ndanielson@boselaw.com


I further certify that a copy of the foregoing UNITED STATES TRUSTEE'S MOTION TO DISMISS CASE was mailed by first-class U.S. postage prepaid, and properly addressed to the following this 22nd day of July, 2015:


Stohne Rentals, LLC
910 South Jackson Street
Frankfort, IN 46041

					/s/ Joseph F. McGonigal
					Joseph F. McGonigal